**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____    Chapter __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **LADERA, LLC** |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 26-2672457 |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **c/o RGS HOLDINGS, LLC**<br>**265 WEST 122ND STREET, UNIT C**<br>**New York, NY 10027**<br>Number, Street, City, State & ZIP Code | _____<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **New York**<br>County | Location of principal assets, if different from principal place of business<br>**300 West 122nd Street New York, NY 10027**<br>Number, Street, City, State & ZIP Code |

5. Debtor's website (URL)

6. Type of debtor

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    LADERA, LLC
_____    Case number (*if known*) _____
          Name

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____ _____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**    ■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**    ☐ No

■ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | LADERA PARENT LLC | Relationship | AFFILIATE |
| | District | SOUTHERN DISTRICT OF NEW YORK | When _____ | Case number, if known _____ |

Debtor    **LADERA, LLC**
                Name                                                                Case number (*if known*)

**11. Why is the case filed in**     *Check all that apply:*
    **this district?**
                        ■    Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
                             preceding the date of this petition or for a longer part of such 180 days than in any other district.

                        ☐    A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or**     ■ **No**
    **have possession of any**
    **real property or personal**    ☐ **Yes.**   Answer below for each property that needs immediate attention. Attach additional sheets if needed.
    **property that needs**
    **immediate attention?**
                                                 **Why does the property need immediate attention?** (*Check all that apply.*)

                                                 ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
                                                     What is the hazard? _____

                                                 ☐ It needs to be physically secured or protected from the weather.

                                                 ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                                                     livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

                                                 ☐ Other _____
                                                 **Where is the property?**
                                                                                    _____
                                                                                    Number, Street, City, State & ZIP Code
                                                 **Is the property insured?**

                                                 ☐ **No**

                                                 ☐ **Yes.**   Insurance agency    _____

                                                              Contact name    _____

                                                              Phone    _____

███  **Statistical and administrative information**

**13. Debtor's estimation of**   .   *Check one:*
    **available funds**
                        ■ Funds will be available for distribution to unsecured creditors.

                        ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of**   ■ 1-49              ☐ 1,000-5,000           ☐ 25,001-50,000
    **creditors**             ☐ 50-99             ☐ 5001-10,000           ☐ 50,001-100,000
                              ☐ 100-199           ☐ 10,001-25,000         ☐ More than100,000
                              ☐ 200-999

**15. Estimated Assets**      ☐ $0 - $50,000               ☐ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion
                              ☐ $50,001 - $100,000         ☐ $10,000,001 - $50 million     ☐ $1,000,000,001 - $10 billion
                              ☐ $100,001 - $500,000        ■ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
                              ☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million   ☐ More than $50 billion

**16. Estimated liabilities**  ☐ $0 - $50,000               ☐ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion
                              ☐ $50,001 - $100,000         ■ $10,000,001 - $50 million     ☐ $1,000,000,001 - $10 billion
                              ☐ $100,001 - $500,000        ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
                              ☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million   ☐ More than $50 billion

Debtor    **LADERA, LLC**                                                    Case number (*if known*) _____
              Name

▇▇▇▇▇    **Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature**
**of authorized**
**representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    11-28-2016
                     MM / DD / YYYY

X _____          **HANS FUTTERMAN**
Signature of authorized representative of debtor          Printed name

Title    **MANAGER**

**18. Signature of attorney**    X _____          Date    11 28 2016
                                        Signature of attorney for debtor                            MM / DD / YYYY

**A. MITCHELL GREENE**
Printed name

**ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.**
Firm name

**875 THIRD AVENUE**
**New York, NY 10022**
Number, Street, City, State & ZIP Code

Contact phone    **(212) 603-6300**          Email address _____

Bar number and State _____

## RESOLUTION OF LADERA, LLC

The undersigned, constituting the sole member and all of the managers of Ladera, LLC, a New York limited liability company, adopted the following resolutions by unanimous written consent in lieu of a meeting:

Following a review, discussion and careful consideration of the Company's financial condition, including the status of the loan made by RWNIH-DL 122nd Street 1 LLC ("RWN") to the Company and secured in part by a pledge by the sole member of its membership interests in the Company, the potential financing transaction with Gryphon Real Estate Capital Partners, LLC and the status of all unsecured creditors;

**RESOLVED**, that in the judgment of the Company it is desirable and in the best interest of the Company, its creditors, members and other interested parties, that a petition be filed by the Company for relief under Chapter 11 of Title 11 of the United States Bankruptcy Code (the "Bankruptcy Code") no later than Monday, November 28, 2016; and it is further

**RESOLVED**, that the form of petition under Chapter 11 presented at this meeting is, subject to the modifications discussed at the meeting, approved and adopted in all respects and that Hans Futterman, as Manager of the Company, is authorized to execute and verify a petition substantially in such form and to cause the same to be filed with the United States Bankruptcy Court for the Southern District of New York at such time as he shall determine; and it is further

**RESOLVED**, that Hans Futterman, as Manager of the Company, is authorized to execute and file all petitions, reorganization schedules, lists and other papers and to take any and all other actions which he may deem necessary or desirable that are in the best interests of the Company and its stakeholders in connection with such Chapter 11 case, and, in that connection, that the firm of Robinson Brog Leinwand Greene Genovese & Gluck, P.C. be retained and employed as legal counsel for the Company under a general retainer, that Phillips Nizer LLP be retained and employed as special real estate and corporate counsel for the Company under a special retainer, and Morris Nichols Asht & Tunnell be retained and employed as counsel for the Independent Manager under a special retainer, in addition to such other special counsel as may hereafter become necessary or proper with a view to the successful conclusion of such Chapter 11 case.

### [SIGNATURES ON FOLLOWING PAGES]

1292964.2

IN WITNESS WHEREOF, the undersigned have hereunto set their hand and seal of the Company this 28th day of November, 2016.

**SOLE MEMBER:**

**LADERA PARENT LLC,** a Delaware limited liability company

By: 300W122 HOLDINGS LLC, a Delaware limited liability company, its Manager

By: _____
    Name: Hans Futterman
    Title:  Sole Member

**MANAGER:**

_____
Hans Futterman

1292964.3

**INDEPENDENT MANAGER:**

William G. Popeo

1292964

**ROBINSON BROG LEINWAND GREENE**
 **GENOVESE & GLUCK P.C.**
875 Third Avenue
New York, New York 10022
A. Mitchell Greene
*Attorneys for the Debtor and Debtor in Possession*


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

In re:                                                     Chapter 11

**LADERA, LLC,**                                           Case No:  16-

                              Debtor.
----------------------------------------------------------X

## AFFIRMATION PURSUANT TO LOCAL RULE 1007-2

**Hans Futterman**, declares under penalty of perjury as follows:

1.     I am the manager of **Ladera, LLC** (the "Debtor"), and am fully familiar with the facts set forth herein.

2.     The Debtor owns a real estate developmental project located at **300 West 122nd Street, New York, New York** (the "Property").

3.     No pre-petition committee was organized prior to the Order for relief.

4.     Debtor's secured creditors are as listed on Schedule D.

5.     Debtor's senior secured creditor has declared a default and had scheduled a UCC sale of pledged assets, *i.e.*, the membership interests in the Debtor.

6.     To the extent known to the Debtor, the information contained herein and in the Debtor's schedules and statement of financial affairs is from the Debtor's books and records.

7.     A summary of the Debtor's assets and liabilities is set forth on the summary of schedules annexed to the petition.

826024

8.    The names and addresses of the twenty largest unsecured creditors, excluding insiders, appears on Exhibit "A" to this affidavit.

9.    All suits or proceedings in which the Debtor is named as a party are listed in the Debtor's Statement of Financial Affairs.

10.    The Debtor's emergency filing was initiated to prevent the UCC sale of the interests in the Debtor.

11.    The purpose of filing this petition is to preserve the assets of the Debtor for the benefit of the creditors and to preserve priorities of creditors.

12.    The estimated amount of payroll due the Debtor's employees, exclusive of officers, for a period of thirty days following the filing of the petition is $0.00.

13.    No salaries are currently being paid by the Debtor to its officers.

14.    The Debtor's operations are currently being managed by the undersigned manager.

LADERA, LLC

By: _____
HANS FUTTERMAN, Manager

Affirmed to before me this
28th day of November, 2016

_____
Notary Public

ROBERT M. SASLOFF
Notary Public, State of New York
No. 02SA4966401
Qualified in Kings County
Commission Expires 5-7-20

826024

Fill in this information to identify the case:

Debtor name **LADERA, LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF NEW YORK**

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| MAURICE MANN MANN REALTY ASSOCIATES 336 WEST 37TH STREET – SUITE 2 New York, NY 10018 | | | | | | $1,471,500.00 |
| NYC DEPT. OF FINANCE 345 ADAMS STREET, 3RD FL. ATTN: LEGAL AFFAIRS Brooklyn, NY 11201 | | | | | | $100,000.00 |
| PHILLIPS NIZER LLP 666 FIFTH AVENUE New York, NY 10103-0084 | | Services Rendered | Disputed | | | $615,725.51 |
| PLATT BYARD DOVELL AND WHITE ARCHITECTS LLP 49 WEST 37TH STREET New York, NY 10018 | | Services Rendered | | | | $275,000.00 |
| RUSSO DEVELOPMENT ENTERPRISES 275 HENRY STREET Inwood, NY 11096 | | | | | | $675,000.00 |
| VIBRANALYSIS INC. 79 ALEXANDER AVENUE 6TH FLOOR Bronx, NY 10454 | | | | | | $100,000.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor    **LADERA, LLC**                                                Case number *(if known)*    _____
             Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **WJE ENGINEERING & ARCHITECTS 1350 BROADWAY – SUITE 910 New York, NY 10018** | | | | | | $20,000.00 |

**Fill in this information to identify the case:**

Debtor name    **LADERA, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ *Amended Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   11-28-16     X _____
             Signature of individual signing on behalf of debtor

             **HANS FUTTERMAN**
             Printed name

             **MANAGER**
             Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **LADERA, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                  12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*......................................................................... $    75,000,000.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*....................................................................... $    0.00

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*......................................................................... $    75,000,000.00

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $    42,500,000.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................. $    0.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................. +$    3,257,225.51

4. **Total liabilities** ..............................................
   Lines 2 + 3a + 3b

   $    45,757,225.51

**Fill in this information to identify the case:**

Debtor name    **LADERA, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐  Check if this is an
     amended filing

# Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

  ■ No.  Go to Part 2.
  ☐ Yes Fill in the information below.
  **All cash or cash equivalents owned or controlled by the debtor**        Current value of
                           debtor's interest

**Part 2:**    **Deposits and Prepayments**

6. Does the debtor have any deposits or prepayments?

  ■ No.  Go to Part 3.
  ☐ Yes Fill in the information below.

**Part 3:**    **Accounts receivable**

10. Does the debtor have any accounts receivable?

  ■ No.  Go to Part 4.
  ☐ Yes Fill in the information below.

**Part 4:**    **Investments**

13. Does the debtor own any investments?

  ■ No.  Go to Part 5.
  ☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

18. Does the debtor own any inventory (excluding agriculture assets)?

  ■ No.  Go to Part 6.
  ☐ Yes Fill in the information below.

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

  ■ No.  Go to Part 7.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **LADERA, LLC**
_____    Case number (If known) _____
Name

☐ Yes Fill in the information below.

| **Part 7:** | **Office furniture, fixtures, and equipment; and collectibles** |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| **Part 8:** | **Machinery, equipment, and vehicles** |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| **Part 9:** | **Real property** |

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

**55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Property (Value subject to appraisal by a court of competent jurisdiction). Real estate developmental project located at 300 West 122nd Street, New York, New York** | | $75,000,000.00 | | $75,000,000.00 |

56.    **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

|  $75,000,000.00 |

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

| **Part 10:** | **Intangibles and intellectual property** |

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

Official Form 206A/B          Schedule A/B Assets - Real and Personal Property          page 2

Debtor    **LADERA, LLC**                                              Case number *(if known)* _____
          Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  Patents, copyrights, trademarks, and trade secrets | | | |
| 61.  Internet domain names and websites | | | |
| 62.  Licenses, franchises, and royalties | | | |
| 63.  Customer lists, mailing lists, or other compilations | | | |
| 64.  Other intangibles, or intellectual property Plands & Approvals | Unknown | | Unknown |

65.  Goodwill

66.  **Total of Part 10.**

     Add lines 60 through 65. Copy the total to line 89.                    **$0.00**

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
     ■ No
     ☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
     ■ No
     ☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

**Part 11:    All other assets**

70.  **Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ■ No.  Go to Part 12.
     ☐ Yes Fill in the information below.

---

Debtor    __LADERA, LLC_____    Case number *(If known)* _____
         Name

---

## Part 12:    Summary

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9..................................................>* | | $75,000,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $0.00 | + 91b. $75,000,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $75,000,000.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **LADERA, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral that supports this claim |
| | | Do not deduct the value of collateral. | |

**2.1**

**RWNIH-DL 122ND STREET 1 LLC**
Creditor's Name

**C/O RWN MANAGEMENT LLC**
**712 FIFTH AVENUE, 3OTH FLOOR**
**New York, NY 10019**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Property (Value subject to appraisal by a court of competent jurisdiction). Real estate developmental project located at 300 West 122nd Street, New York, New York**

**Describe the lien**
**Loan**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

| $42,500,000.00 | $75,000,000.00 |

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.          | $42,500,000.00 |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **GREENBERG TRAURIG, LLP**<br>**METLIFE BUILDING**<br>**200 PARK AVENUE**<br>**New York, NY 10166** | Line **2.1** | |

Fill in this information to identify the case:

Debtor name          LADERA, LLC

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☑ No. Go to Part 2.

☐ Yes. Go to line 2.

**Part 2:**    List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| | | |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address**<br>INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>Philadelphia, PA 19114 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __<br>Is the claim subject to offset? ☑ No ☐ Yes | |
| **3.2** | **Nonpriority creditor's name and mailing address**<br>MAURICE MANN<br>MANN REALTY ASSOCIATES<br>336 WEST 37TH STREET – SUITE 2<br>New York, NY 10018 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,471,500.00** |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __<br>Is the claim subject to offset? ☑ No ☐ Yes | |
| **3.3** | **Nonpriority creditor's name and mailing address**<br>NEW YORK STATE DEPT. OF FINANC<br>ATTN:  BANKRUPTCY SPECIAL PROC<br>PO BOX 5300<br>Albany, NY 12205 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __<br>Is the claim subject to offset? ☑ No ☐ Yes | |
| **3.4** | **Nonpriority creditor's name and mailing address**<br>NYC DEPT. OF FINANCE<br>345 ADAMS STREET, 3RD FL.<br>ATTN:  LEGAL AFFAIRS<br>Brooklyn, NY 11201 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$100,000.00** |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __<br>Is the claim subject to offset? ☑ No ☐ Yes | |

Debtor    **LADERA, LLC**                                                    Case number (if known) _____
_____
Name

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $615,725.51 |
|---|---|---|---|

**3.5** Nonpriority creditor's name and mailing address
PHILLIPS NIZER LLP
666 FIFTH AVENUE
New York, NY 10103-0084

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Services Rendered**

Is the claim subject to offset? ☒ No ☐ Yes

**$615,725.51**

---

**3.6** Nonpriority creditor's name and mailing address
PLATT BYARD DOVELL AND
WHITE ARCHITECTS LLP
49 WEST 37TH STREET
New York, NY 10018

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Services Rendered**

Is the claim subject to offset? ☒ No ☐ Yes

**$275,000.00**

---

**3.7** Nonpriority creditor's name and mailing address
Robinson Brog

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.8** Nonpriority creditor's name and mailing address
RUSSO DEVELOPMENT ENTERPRISES
275 HENRY STREET
Inwood, NY 11096

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

**$675,000.00**

---

**3.9** Nonpriority creditor's name and mailing address
VIBRANALYSIS INC.
79 ALEXANDER AVENUE
6TH FLOOR
Bronx, NY 10454

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

**$100,000.00**

---

**3.10** Nonpriority creditor's name and mailing address
WJE ENGINEERING & ARCHITECTS
1350 BROADWAY – SUITE 910
New York, NY 10018

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

**$20,000.00**

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.1**  CORP. COUNSEL FOR NYC<br>100 CHURCH STREET<br>New York, NY 10007 | Line  **3.4**<br><br>☐ Not listed. Explain ____ | __ |

| Debtor | LADERA, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.2 | **OFFICE OF THE ATTORNEY GENERAL**<br>**THE CAPITOL**<br>**Albany, NY 12224** | Line 3.3<br><br>☐ Not listed. Explain _____ | _ |
| 4.3 | **US ATTY OFFICE -SDNY**<br>**86 CHAMBERS STREET**<br>**ATTN: TAX AND BANKRUPTCY**<br>**New York, NY 10007** | Line 3.1<br><br>☐ Not listed. Explain _____ | _ |

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 3,257,225.51 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 3,257,225.51 |

**Fill in this information to identify the case:**

Debtor name __LADERA, LLC__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF NEW YORK__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases
12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   - ■ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   - ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

   **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | |
|-----|-----|-----|
| | State the term remaining | |
| | List the contract number of any government contract | _____ |

| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | |
|-----|-----|-----|
| | State the term remaining | |
| | List the contract number of any government contract | _____ |

| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | |
|-----|-----|-----|
| | State the term remaining | |
| | List the contract number of any government contract | _____ |

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | |
|-----|-----|-----|
| | State the term remaining | |
| | List the contract number of any government contract | _____ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name        **LADERA, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor**                                        Column 2: **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | HANS FUTTERMAN | C/O RGS HOLDINGS, LLC 265 WEST 122ND STREET, UNIT C New York, NY 10027 | RWNIH-DL 122ND STREET 1 LLC | ■ D   2.1 ☐ E/F ____ ☐ G ____ |
| 2.2 | LADERA PARENT LLC | C/O RGS HOLDINGS, LLC 265 WEST 122ND STREET, UNIT C New York, NY 10027 | RWNIH-DL 122ND STREET 1 LLC | ■ D   2.1 ☐ E/F ____ ☐ G ____ |
| 2.3 | RGS HOLDINGS, LLC | 265 WEST 122ND STREET UNIT C New York, NY 10027 | RWNIH-DL 122ND STREET 1 LLC | ■ D   2.1 ☐ E/F ____ ☐ G ____ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

# United States Bankruptcy Court
## Southern District of New York

In re   **LADERA, LLC**

_____
Debtor(s)

Case No. _____

Chapter   **11**   _____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **LADERA PARENT LLC** | | **100%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **MANAGER** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   _11-28-16_____

Signature _____
            **HANS FUTTERMAN**

_Penalty for making a false statement of concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of New York

In re   **LADERA, LLC**

_____
Debtor(s)

Case No. _____

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **LADERA, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**LADERA PARENT LLC**

_____

☐ None [*Check if applicable*]

Date   _11-28-16_

_____

_____
A. MITCHELL GREENE
Signature of Attorney or Litigant
Counsel for   **LADERA, LLC**
**ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.**
**875 THIRD AVENUE**
**New York, NY 10022**
**(212) 603-6300**

**United States Bankruptcy Court**
**Southern District of New York**

In re  __LADERA, LLC__ _____        Case No. _____

_____        Chapter    __11__ _____
                                  Debtor(s)

# VERIFICATION OF CREDITOR MATRIX

I, the MANAGER of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and

correct to the best of my knowledge.

Date:  __11-28-16__ _____        _____
                                  **HANS FUTTERMAN/MANAGER**
                                  Signer/Title

CORP. COUNSEL FOR NYC
100 CHURCH STREET
NEW YORK, NY 10007


GREENBERG TRAURIG, LLP
METLIFE BUILDING
200 PARK AVENUE
NEW YORK, NY 10166


HANS FUTTERMAN
C/O RGS HOLDINGS, LLC
265 WEST 122ND STREET, UNIT C
NEW YORK, NY 10027


INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19114


LADERA PARENT LLC
C/O RGS HOLDINGS, LLC
265 WEST 122ND STREET, UNIT C
NEW YORK, NY 10027


MAURICE MANN
MANN REALTY ASSOCIATES
336 WEST 37TH STREET – SUITE 2
NEW YORK, NY 10018


NEW YORK STATE DEPT. OF FINANC
ATTN: BANKRUPTCY SPECIAL PROC
PO BOX 5300
ALBANY, NY 12205


NYC DEPT. OF FINANCE
345 ADAMS STREET, 3RD FL.
ATTN: LEGAL AFFAIRS
BROOKLYN, NY 11201


OFFICE OF THE ATTORNEY GENERAL
THE CAPITOL
ALBANY, NY 12224


PHILLIPS NIZER LLP
666 FIFTH AVENUE
NEW YORK, NY 10103-0084

PLATT BYARD DOVELL AND
WHITE ARCHITECTS LLP
49 WEST 37TH STREET
NEW YORK, NY 10018


RGS HOLDINGS, LLC
265 WEST 122ND STREET
UNIT C
NEW YORK, NY 10027


ROBINSON BROG


RUSSO DEVELOPMENT ENTERPRISES
275 HENRY STREET
INWOOD, NY 11096


RWNIH-DL 122ND STREET 1 LLC
C/O RWN MANAGEMENT LLC
712 FIFTH AVENUE, 3OTH FLOOR
NEW YORK, NY 10019


US ATTY OFFICE -SDNY
86 CHAMBERS STREET
ATTN: TAX AND BANKRUPTCY
NEW YORK, NY 10007


VIBRANALYSIS INC.
79 ALEXANDER AVENUE
6TH FLOOR
BRONX, NY 10454


WJE ENGINEERING & ARCHITECTS
1350 BROADWAY - SUITE 910
NEW YORK, NY 10018